IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

MARK COOPER                                                                                   PLAINTIFF

V.                            NO. 3:12CV00154 JTR

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                                                       DEFENDANT

## ORDER

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff's Motion to Voluntarily Dismiss (docket entry #16) is GRANTED, and this case is DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED this 29th day of January, 2013.

_____
UNITED STATES MAGISTRATE JUDGE